In the Matter of BRUCE ERTEL et al., Appellants, v TOWN OF AMHERST, Respondent. [700 NYS2d 903] —Order unanimously affirmed without costs. Memorandum: Supreme Court did not abuse its discretion in denying claimants' motion to file a late notice of claim. Claimants failed to establish that respondent had "notice or knowledge of the specific claim and not general knowledge that a wrong has been committed" (*Matter of Sica v Board of Educ.,* 226 AD2d 542, 543; *see, Matter of Morrison v New York City Health & Hosps. Corp.,* 244 AD2d 487, 488). Moreover, claimants failed to demonstrate a reasonable excuse for their failure to file a timely notice of claim (*see, Winter v City of Geneva,* 203 AD2d 939). (Appeal from Order of Supreme Court, Erie County, Burns, J.—Notice of Claim.) Present— Green, J. P., Lawton, Pigott, Jr., Scudder and Callahan, JJ.

GEORGE KLEMANN, Respondent, v FRANCIS J. COSENTINO et al., Appellants. (Appeal No. 1.) [700 NYS2d 904] —Appeal unanimously dismissed without costs (*see, Hughes v Nussbaumer, Clarke & Velzy,* 140 AD2d 988; *see also, Chase Manhattan Bank v Roberts & Roberts,* 63 AD2d 566, 567; CPLR 5501 [a] [1]). (Appeal from Order of Supreme Court, Monroe County, Stander, J.—Summary Judgment.) Present—Green, J. P., Lawton, Pigott, Jr., Scudder and Callahan, JJ.